

# United States District Court
# Eastern District of California

| ROTHCHILD PATENT IMAGING, LLC | Case Number: 2:23-cv-00456-DJC-JDP |
|---|---|
| Plaintiff(s) | |
| V. | |
| AFTERLIGHT COLLECTIVE, INC. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael A. Vincent hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Afterlight Collective, Inc.

On 11/03/2017 (date), I was admitted to practice and presently in good standing in the State of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/18/2023    Signature of Applicant: /s/ Michael A. Vincent

**Pro Hac Vice Attorney**

Applicant's Name: Michael A. Vincent
Law Firm Name: Fish & Richardson P.C.
Address: 1717 Main Street
Suite 5000
City: Dallas    State: TX    Zip: 75201
Phone Number w/Area Code: (214) 747-5070
City and State of Residence: Dallas, Texas
Primary E-mail Address: vincent@fr.com
Secondary E-mail Address: mathews@fr.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael R. Headley
Law Firm Name: Fish & Richardson P.C.
Address: 500 Arguello Street
Suite 400
City: Redwood City    State: CA    Zip: 94063
Phone Number w/Area Code: (650) 839-5070    Bar #: 220834

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 18, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE