Randall T. Garteiser (CA State Bar No. 231821)
   rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
   chonea@ghiplaw.com
GARTEISER HONEA—IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (415) 785-3762

*Attorneys for Rothschild Patent Imaging, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rothschild Patent Imaging, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>Afterlight Collective, Inc.,<br><br>              Defendant. | Case No. 2:23-cv-00456-DJC-JDP<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rothschild Patent Imaging, LLC and Defendant Afterlight Collective, Inc. hereby stipulate to the dismissal of all of Plaintiff's claims asserted in this action WITH PREJUDICE and all of Defendant's counterclaims asserted in this action WITHOUT PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: May 24, 2023                                Respectfully submitted,

By: */s/ Randall T. Garteiser*                     By: */s/ Michael A. Vincent*
    Randall T. Garteiser                           Neil J. McNabnay (admitted *Pro Hac Vice*)
    CA State Bar No. 231821                        mcnabnay@fr.com
    rgarteiser@ghiplaw.com                         Ricardo J. Bonilla (admitted *Pro Hac Vice*)
    Christopher A. Honea                            rbonilla@fr.com
    CA State Bar No. 232473                        Michael A. Vincent (admitted *Pro Hac Vice*)
    chonea@ghiplaw.com                             vincent@fr.com
                                                   FISH & RICHARDSON, P.C.
    GARTEISER HONEA, PLLC                          1717 Main Street, Suite 5000
    119 W Ferguson, Tyler, TX 75702                Dallas, Texas 75201
    Telephone: (415) 785-3762                      Telephone: (214) 747-5070
                                                   Facsimile: (214) 747-2091

**Attorneys for Plaintiff**                        Michael R. Headley (SBN 220834)
                                                   headley@fr.com
                                                   FISH & RICHARDSON P.C.
                                                   500 Arguello Street, Suite 400
                                                   Redwood City, CA 94063
                                                   Telephone: (650) 839-5070
                                                   Facsimile: (650) 839-5071

                                                   **Attorneys for Defendant**